JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE RODRIGUEZ, individually, and on behalf of other members of the general public similarly situated,<br><br>    Plaintiff,<br><br>    vs.<br><br>NUTRIEN AG SOLUTIONS, INC., a Delaware corporation; NUTRIEN US LLC, a Colorado limited liability company; and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No. 2:25-cv-1728 SVW (JCx)<br><br>[~~PROPOSED~~] **ORDER RE JOINT STIPULATION TO REMAND CASE TO STATE COURT**<br><br>Removal Date:  February 27, 2025<br>Action Filed:    October 31, 2024<br>Trial Date:      None<br>District Judge:  Hon. Stephen V. Wilson<br>                   Courtroom 10A, First St.<br>Magistrate Judge: Hon. Jacqueline Chooljian<br>                   Courtroom 750, Roybal |

The Court, having considered the Joint Stipulation filed by the parties, and good cause appearing therefore,

**IT IS HEREBY ORDERED THAT:**

1. The Initial Status Conference and hearing on Defendant's Motion to Dismiss set for July 7, 2025 at 1:30 PM is hereby **VACATED**; and,

2. This case is hereby **REMANDED** to the Superior Court of the State of California for the County of Santa Barbara for purposes of finalizing the Parties' settlement and obtaining court approval of the same.

3. If the Superior Court of the State of California for the County of Santa Barbara does not approve the settlement, and if Defendants subsequently remove the action to this court a second time, Plaintiff Rodriguez may not use the fact that Defendants previously removed this action to federal court and/or that Defendants stipulated to remand for purposes of settlement as an argument in opposition to the removal and/or to remand the action to state court.

**IT IS SO ORDERED.**

DATED: July 2, 2025

_____

HON. Stephen V. Wilson

United States District Judge